DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Assistant Federal Defender
Designated Counsel for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANDREA CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. CR-S-11-184 EFB
)
Plaintiff, )
) ***EX PARTE*** REQUEST TO FILE
v. ) MOTION TO CONTINUE UNDER
) SEAL AND ORDER
DANDREA CARTER, )
)
Defendant. ) Date: September 27, 2011
) Time: 9:30 a.m.
_____ ) Judge: Hon. Edmund F. Brennan

**TO:** BENJAMIN WAGNER, United States Attorney

DAVID L. STEVENS, Special Assistant United States Attorney

MICHAEL A. WHEABLE, Certified Law Student

Dandrea Carter, through undersigned counsel, hereby requests leave to file her motion to continue the trial date under seal. It contains attorney-client privileged information that counsel has obtained permission from her client to release in order to provide the court with a complete picture of recent events giving rise to the need for a continuance.

Dated: September 22, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ *Courtney Fein*
_____
COURTNEY FEIN
Assistant Federal Defender
Attorney for Defendant
DANDREA CARTER

GOOD CAUSE APPEARING, IT IS ORDERED THAT DEFENDANT'S MOTION TO CONTINUE BE FILED UNDER SEAL.

Dated: September 23, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE